UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                               :

CHRISTINE CLOTSOS,                    :

                                :

                  Plaintiff,     :

                                :           21-cv-8674 (VSB)

           -against-          :

                                :             **ORDER**

EQUIFAX INFORMATION SERVICES,  :
LLC, et al.,                    :

                                :

                 Defendants.  :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that the remaining parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:  December 17, 2021
       New York, New York

                                    Vernon S. Broderick
                                    United States District Judge